JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM MOHAMED, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY d/b/a BUBBLE YUM and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-10248-SPG-AJR<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO REMAND CASE TO STATE COURT [ECF NO. 19]** |

The Court, having considered the parties' Joint Stipulation and Request to Remand Case to State Court (ECF No. 19 ("Stipulation")) and finding good cause thereof, hereby **GRANTS** the Stipulation and **ORDERS** the following:

1. The case is hereby remanded to Los Angeles County Superior Court; and

//
//
//
//

2. No fees, expenses, or attorneys' fees incurred as a result of the removal or remand shall be awarded under 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

Dated: January 21, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE